UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT KERN,

        Plaintiff,

                                        Case No. 11-11966

v.

                                        Honorable Patrick J. Duggan

JAMES CZARNECKI, II,

        Defendant.
_____/

## JUDGMENT

On May 4, 2011, Bryant Kern filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that he received inadequate legal representation from James Czarnecki, II during his state criminal proceedings. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's action is **SUMMARILY DISMISSED WITH PREJUDICE**.

Dated: June 1, 2011                          s/PATRICK J. DUGGAN
                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Bryant Kern, #351043
Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, MI 48846